UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILAL K. HOMAIDAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC., NAVIENT SOLUTIONS, LLC, and NAVIENT CREDIT FINANCE CORPORATION,<br><br>Defendants. | No. 19-cv-00935-FB |

**MOTION OF DEFENDANTS
(A) TO CERTIFY BANKRUPTCY COURT ORDER FOR DIRECT
APPEAL OR, IN THE ALTERNATIVE, (B) FOR LEAVE TO APPEAL
INTERLOCUTORY ORDER AND (C) TO STAY BRIEFING SCHEDULE**

Defendants Navient Solutions, LLC, Navient Credit Finance Corporation, and Sallie Mae, Inc. (collectively, "Defendants"), hereby move the Court (a) under 28 U.S.C. § 158(d) and Bankruptcy Rules[1] 8004 and 8006 for certification to the United States Court of Appeals for the Second Circuit (the "Second Circuit") of a direct appeal of the *Memorandum Decision* and *Order on the Defendants' Motion to Dismiss the Complaint* entered in in the adversary proceeding of Homaidan v. Sallie Mae, Inc., No. 17-ap-1085-ess (Bankr. E.D.N.Y.) on January 31, 2019, Adv. Dkt. Nos. 103, 104 (collectively, the "Denial Order") or, in the alternative, (b) under 28 U.S.C. § 158(a) and Bankruptcy Rule 8004 for leave to appeal the interlocutory Denial Order to this Court, and (c) to stay the briefing schedule set in this bankruptcy appeal.

---

[1] "Bankruptcy Rules" as defined herein means the Federal Rules of Bankruptcy Procedure.

Defendants set forth the grounds for this Motion in their contemporaneously filed Memorandum in Support of Motion of Defendants (A) to Certify Bankruptcy Court Order for Direct Appeal or, in the Alternative, (B) for Leave to Appeal Interlocutory Order and (C) to Stay Briefing Schedule (the "Memorandum of Law").

For the reasons described in Defendants' Memorandum of Law, Defendants request that the Court enter the proposed order attached thereto as Exhibit B and stay the briefing schedule pending the Court's decision on the Motion and any subsequent proceedings in the Second Circuit, if applicable.

Dated: March 22, 2019
       New York, New York

Respectfully submitted,

/s/ *Shawn R. Fox*
Shawn R. Fox
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone:   212.548.2100
Email: sfox@mcguirewoods.com

—and—

Thomas M. Farrell (*pro hac vice*)
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
Telephone:   713.571.9191
E-mail: tfarrell@mcguirewoods.com

—and—

Dion W. Hayes (*pro hac vice*)
K. Elizabeth Sieg (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone:   804.775.1000
Facsimile:    804.775.1061
Email: dhayes@mcguirewoods.com
       bsieg@mcguirewoods.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that on this 22nd day of March, 2019, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                       */s/ Shawn R. Fox*